# Court of Appeals
# of the State of Georgia

ATLANTA,  May 17, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0311. ARON REXHEPI v. THE STATE.**

In 2014, a jury found Aron Rexhepi guilty of armed robbery and other offenses, and we affirmed his convictions on direct appeal. See *Rexhepi v. State*, No. A15A1079 (Oct. 16, 2015). He later filed an extraordinary motion for a new trial, which the trial court denied in an order entered on March 5, 2021.[1] On April 19, 2021, Rexhepi filed this application for discretionary review.[2] We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Rexhepi's application is untimely, as it was filed 45 days after entry

---

[1] Rexhepi has not submitted a copy of his extraordinary motion for a new trial with his application materials, in violation of Court of Appeals Rule 31 (e).

[2] Although Rexhepi attempted to file the application earlier, this Court rejected that submission because Rexhepi failed to include a certificate of service. See Court of Appeals Rules 4 (a), 6.

of the order he seeks to appeal. Accordingly, this application is hereby DISMISSED

for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   05/17/2021*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*